**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tuxedo Junction, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **16-0962336** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1725 Military Road**<br>**Niagara Falls, NY 14304**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Niagara**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4481__

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

Case 1-21-10445-CLB,   Doc 1,   Filed 04/28/21,   Entered 04/28/21 20:43:44,

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2
                     Description: Main Document , Page 2 of 48

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
| --- | --- | --- | --- |
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
| --- | --- | --- |
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case 1-21-10445-CLB,  Doc 1,  Filed 04/28/21,  Entered 04/28/21 20:43:44,
Description: Main Document , Page 3 of 48

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 28, 2021**
MM / DD / YYYY

**X** **/s/ Randy Krueger**                                    **Randy Krueger**
Signature of authorized representative of debtor        Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ FREDERICK J. GAWRONSKI**            Date  **April 28, 2021**
Signature of attorney for debtor                              MM / DD / YYYY

**FREDERICK J. GAWRONSKI 2767549**
Printed name

**COLLIGAN LAW, LLP**
Firm name

**12 FOUNTAIN PLAZA**
**SUITE 600**
**BUFFALO, NY 14202-3613**
Number, Street, City, State & ZIP Code

Contact phone  **716-885-1150**            Email address  **fgawronski@colliganlaw.com**

**2767549 NY**
Bar number and State

Case 1-21-10445-CLB,    Doc 1,    Filed 04/28/21,    Entered 04/28/21 20:43:44,

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 5
Description: Main Document , Page 5 of 48

Fill in this information to identify the case:

Debtor name    **Tuxedo Junction, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 28, 2021**         X */s/ Randy Krueger*
                                          Signature of individual signing on behalf of debtor

                                          **Randy Krueger**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Tuxedo Junction, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 1270 Newark, NJ 07101-1270 | | Corporate Credit Card | | | | $40,150.00 |
| Cafaro 5577 Youngstown-Warren Road Niles, OH 44446 | | Back Rent- Millcreek Mall, Erie PA | | | | $27,147.00 |
| CBRE (QIC) 950 Main Street Suite 200 Cleveland, OH 44113 | | Back Rent - The Mall at Robinson, Robinson Township, PA | | | | $24,000.00 |
| Charles Chiampou 45 Bryant Woods North Buffalo, NY 14228 | | Shareholder Loan | | | | $504,000.00 |
| Chiampou Travis Besaw & Kershner, LLP 45 North Bryant Woods North Buffalo, NY 14228 | | Accounting Services | | | | $46,925.00 |
| D. Terranova/J. Krueger 158 Londonberry Lane Getzville, NY 14068 | | Bank on Buffalo - Small business Checking - PPP Loan | | $675,000.00 | $570,449.00 | $104,551.00 |
| Este Tux, Inc. dba Sarno & Son 401 South Washington Avenue Scranton, PA 18505 | | Unpaid Invoices | | | | $45,000.00 |
| Everest Business Funding 5 West 37th Street Suite 1100 New York, NY 10018 | | Sale of future receivables | | | | $58,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fabian Couture GRP, Inc. 205 Chubb Avenue Bldg C Lyndhurst, NJ 07071 | | Product Delivered | | | | $59,695.00 |
| Green Capital Funding, LLC 116 Nassau Street Suite 804 New York, NY 10038 | | Sale of Future Receivable | | | | $120,000.00 |
| Jemel Properties Zamia Services, Inc. 500 Galleria Drive #287 Johnstown, PA 15904 | | Unpaid Rent - Boulevard Mall | | | | $128,104.00 |
| Joesph Terranova 158 Londonberry Lane Getzville, NY 14068 | | Shareholder Loan | | | | $504,000.00 |
| Knight Capital Funding III, LLC 9 E. Loockerman Street Ste 202-543 Dover, DE 19901 | | Sale of Future Receivables | | | | $143,375.00 |
| NYS Dept of Taxation and Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300 | | Sales Tax | | | | $56,000.00 |
| OnDeck 1400 Broadway 24th Floor New York, NY 10018 | | Loan against Accounts Receivables | | | | $166,286.00 |
| Randy Krueger 1923 West River Park Grand Island, NY 14072 | | Shareholder Loan | | | | $504,000.00 |
| Robinson Mall Assoc,LLC PO Box 72053 Cleveland, OH 44192-0053 | | Back Rent | | | | $23,950.00 |
| SRS Capital Funds, Inc. 70 Sunrise Highway Suite 500 Valley Stream, NY 11581 | | Sale of Future Receivables | | | | $40,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Marketplace PO Box 8000 Dept 990 Buffalo, NY 14267** | | **Back Rent** | | | | **$40,738.00** |
| **US SBA SBA Disaster Loan Service Ctr 2 North 20th Street Suite 320 Birmingham, AL 35203** | | **EIDL Loan** | | | | **$150,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Tuxedo Junction, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................   $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................   $      570,449.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................   $      570,449.00

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $      675,000.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $      56,000.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$      2,897,298.00

4.   Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b   $      3,628,298.00

Fill in this information to identify the case:

Debtor name    **Tuxedo Junction, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Bank on Buffalo** | **Small business Checking - PPP Loan** | | $381,000.00 |
| 3.2. | **Citizens Bank** | **Small Business Checking** | 7377 | $345.00 |
| 3.3. | **Citizens Bank** | business Checking | 4039 | $39,104.00 |
| 3.4. | **PNC - Routing to Citizens Operating Account** | **Routing** | 8752 | $0.00 |
| 3.5. | **M&T - Routing to Citizens Operating Account** | checking | 0705 | $0.00 |
| 3.6. | **Citizens - Routing to Citizens Operating Account** | **Checking** | 7377 | $0.00 |
| 3.7. | **Chase - Routing to Citizens Operating Account** | **Checking** | 8661 | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Case 1-21-10445-CLB,    Doc 1,    Filed 04/28/21,    Entered 04/28/21 20:43:44,
Description: Main Document , Page 11 of 48

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        | **$420,449.00** |

| Part 2: | **Deposits and Prepayments** |

**6. Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.      **Accounts receivable**

         11a. 90 days old or less:      **150,000.00**    -    **0.00**   = ....      **$150,000.00**

                                   face amount                doubtful or uncollectible accounts

12.      **Total of Part 3.**

         Current value on lines 11a + 11b = line 12. Copy the total to line 82.        | **$150,000.00** |

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No. Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No. Go to Part 9.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**The United States Life InsuranceCompany**<br>**3 Term Life Policies on Shareholders/Officers**<br>**No Cash Value** | **Unknown** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br><br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Tuxedo Junction, Inc.**             Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $420,449.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $150,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $570,449.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $570,449.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Tuxedo Junction, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

　☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

　☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**  Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| **2.1** | **D. Terranova/J. Krueger** | | $675,000.00 | $570,449.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| Creditor's Name | Describe debtor's property that is subject to a lien | |
| **158 Londonberry Lane** **Getzville, NY 14068** | **Bank on Buffalo - Small business Checking - PPP Loan** | |
| Creditor's mailing address | Describe the lien | |
| | **Non-Purchase Money Security** | |
| | Is the creditor an insider or related party? | |
| | ☑ No | |
| Creditor's email address, if known | ☐ Yes | |
| | Is anyone else liable on this claim? | |
| **Date debt was incurred** | ☐ No | |
| **September 21, 2016** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| Last 4 digits of account number | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | |
| ☑ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

**3.**   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$675,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: |

Debtor name **Tuxedo Junction, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF NEW YORK**

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,000.00 | $56,000.00 |

**2.1**

Priority creditor's name and mailing address
**NYS Dept of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300**

Date or dates debt was incurred
**Various**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sales Tax**

Is the claim subject to offset?
■ No
☐ Yes

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address
**4545 Transit LLC
4545 Transit Road
Buffalo, NY 14221**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Rent - Store closed - COVID**

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

**3.2**

Nonpriority creditor's name and mailing address
**AAA-ABC Fire Extinguishers
36 Kelly Avenue
Endicott, NY 13760**

Date(s) debt was incurred **2019**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

**$152.00**

Case 1-21-10445-CLB,    Doc 1,    Filed 04/28/21,    Entered 04/28/21 20:43:44,
Description: Main Document  , Page 16 of 48

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
|-----|--|--|--|

**ABC Fire Extinguishers, Inc.**
4641 Peoples Road
Pittsburgh, PA 15237

Date(s) debt was incurred  2021

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|-----|--|--|--|

**Advance Packaging, Inc**
1365 38th Street
Brooklyn, NY 11218-3750

Date(s) debt was incurred  2018

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,150.00 |
|-----|--|--|--|

**American Express**
PO Box 1270
Newark, NJ 07101-1270

Date(s) debt was incurred  Various

Last 4 digits of account number  2000

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Corporate Credit Card

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,957.00 |
|-----|--|--|--|

**Amherst Portfolio Equities, LLC**
15th Floor
55th Avenue
New York, NY 10003

Date(s) debt was incurred  2019-2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|-----|--|--|--|

**Arthur R. Johnson Co., Inc.**
P.O. Box 320205
33 34th Street
Brooklyn, NY 11232

Date(s) debt was incurred  Various

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lawsuit for goods and services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560.00 |
|-----|--|--|--|

**ASCAP**
21678 Network Place
Chicago, IL 60673-1216

Date(s) debt was incurred  2020-2021

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Music

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,527.00 |
|-----|--|--|--|

**Buffalo Convention Center**
1 Convention Center Plaza
Buffalo, NY 14202

Date(s) debt was incurred  January 2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Fee

Is the claim subject to offset? ■ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,147.00 |
|---|---|---|---|

**Cafaro**
5577 Youngstown-Warren Road
Niles, OH 44446

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Back Rent- Millcreek Mall, Erie PA__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|

**CBRE (QIC)**
950 Main Street
Suite 200
Cleveland, OH 44113

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Back Rent - The Mall at Robinson, Robinson Township, PA__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $504,000.00 |
|---|---|---|---|

**Charles Chiampou**
45 Bryant Woods North
Buffalo, NY 14228

Date(s) debt was incurred __Various__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Shareholder Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,925.00 |
|---|---|---|---|

**Chiampou Travis Besaw & Kershner, LLP**
45 North Bryant Woods North
Buffalo, NY 14228

Date(s) debt was incurred __Various__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Accounting Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,616.00 |
|---|---|---|---|

**Entercom Buffalo**
500 Corporate PKWY
Suite 200
Buffalo, NY 14226

Date(s) debt was incurred __1/2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SERvices__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

**Este Tux, Inc. dba Sarno & Son**
401 South Washington Avenue
Scranton, PA 18505

Date(s) debt was incurred __Various__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Invoices__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,000.00 |
|---|---|---|---|

**Everest Business Funding**
5 West 37th Street
Suite 1100
New York, NY 10018

Date(s) debt was incurred __January 16, 2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Sale of future receivables__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**Exarca, LLC**
**51 Cragwood Road**
**Suite 204**
**South Plainfield, NJ 07080**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,695.00 |
|---|---|---|---|

**Fabian Couture GRP, Inc.**
**205 Chubb Avenue**
**Bldg C**
**Lyndhurst, NJ 07071**

Date(s) debt was incurred  2017

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product Delivered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,000.00 |
|---|---|---|---|

**First Bankcard**
**c/o First Bank of Omaha**
**PO Box 2340**
**Omaha, NE 68103**

Date(s) debt was incurred  Various

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,665.00 |
|---|---|---|---|

**First Bankcard**
**c/o First Bank of Omaha**
**PO Box 2340**
**Omaha, NE 68103**

Date(s) debt was incurred  Various

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120,000.00 |
|---|---|---|---|

**Green Capital Funding, LLC**
**116 Nassau Street**
**Suite 804**
**New York, NY 10038**

Date(s) debt was incurred  January 10, 2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sale of Future Receivable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $128,104.00 |
|---|---|---|---|

**Jemel Properties**
**Zamia Services, Inc.**
**500 Galleria Drive**
**#287**
**Johnstown, PA 15904**

Date(s) debt was incurred  6/2019 - Current

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Rent - Boulevard Mall**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $504,000.00 |
|---|---|---|---|

**Joesph Terranova**
**158 Londonberry Lane**
**Getzville, NY 14068**

Date(s) debt was incurred  Various

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shareholder Loan**

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143,375.00** |
|------|--------|--------|--------|
| | **Knight Capital Funding III, LLC**<br>**9 E. Loockerman Street**<br>**Ste 202-543**<br>**Dover, DE 19901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __December 12, 2019__ | Basis for the claim: __Sale of Future Receivables__ | |
| | Last 4 digits of account number __6078__ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|------|--------|--------|--------|
| | **Lindrew Properties, LLC**<br>**120 Earhart Drive**<br>**Buffalo, NY 14221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Back Rent__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,253.00** |
|------|--------|--------|--------|
| | **McKinley Mall, LLC**<br>**Woodmont Company**<br>**3701 McKinley Parkway**<br>**Buffalo, NY 14219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __Various__ | Basis for the claim: __Unpaid Rent - Store Closed - COVID__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,155.00** |
|------|--------|--------|--------|
| | **MFN Equities, LLC**<br>**c/o Joseph P. Gorgoni, Esq**<br>**440 East Washington Street**<br>**Syracuse, NY 13202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Unpaid Rent -__<br>__Market Fair North Shopping Center__<br>__4160 St. Rt 31, Ste 120__<br>__Clay, NY 13401__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|------|--------|--------|--------|
| | **Nicholas Picholas**<br>**394 Roosevalet Avenue**<br>**Niagara Falls, NY 14305** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __March 2020__ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,583.00** |
|------|--------|--------|--------|
| | **Nicrissa Properties**<br>**20120 Route 19**<br>**Suite 2019**<br>**Cranberry Twp, PA 16066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019 - 2021__ | Basis for the claim: __Back Rent__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,393.00** |
|------|--------|--------|--------|
| | **Oakdale Mall II, LLC**<br>**PO Box 645737**<br>**Cincinnati, OH 45264-5737** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__ | Basis for the claim: __Back Rent__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

Case 1-21-10445-CLB,    Doc 1,    Filed 04/28/21,    Entered 04/28/21 20:43:44,    Description: Main Document  , Page 20 of 48

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $166,286.00 |
|---|---|---|---|

**OnDeck**
1400 Broadway
24th Floor
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **November 15, 2019**

Basis for the claim: **Loan against Accounts Receivables**

Last 4 digits of account number **7398**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,100.00 |
|---|---|---|---|

**Pyramid Managment**
The Clinton Exhange
4 Clinton Square
Syracuse, NY 13202-1078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Unpaid Rent _ Walden Galleria Mall**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,782.00 |
|---|---|---|---|

**Pyramid Walden Company, LP**
PO Box 8000
Dept. # 496
Buffalo, NY 14267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Back Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,300.00 |
|---|---|---|---|

**Quadant Leasing**
478 Wheelers Farms Rd
Milford, CT 06461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/31/2020**

Basis for the claim: **Postage Meter and Expired Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $504,000.00 |
|---|---|---|---|

**Randy Krueger**
1923 West River Park
Grand Island, NY 14072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Shareholder Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23,933.00 |
|---|---|---|---|

**Renoir Fashion, Inc.**
537 S. Coralridge Pl
La Puente, CA 91746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Product**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23,950.00 |
|---|---|---|---|

**Robinson Mall Assoc,LLC**
PO Box 72053
Cleveland, OH 44192-0053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2021**

Basis for the claim: **Back Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Sangertown Square, LLC**
**PO Box 8000**
**Dept. No. 332**
**Buffalo, NY 14267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Tuxedo**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,000.00** |
|---|---|---|---|

**Simon Properties**
**225 West Washington Street**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Rent Arrears -**
**South Hills Village - Upper St. Clair, PA**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**SRS Capital Funds, Inc.**
**70 Sunrise Highway**
**Suite 500**
**Valley Stream, NY 11581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **February 10, 2020**

Basis for the claim: **Sale of Future Receivables**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,700.00** |
|---|---|---|---|

**Starwood Retail Partners**
**1 E. Wacker Drive**
**#3600**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Back Rent**
**Great Northern Mall - North Olmstead, OH**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**The Lamar Companies**
**PO Box 96030**
**Baton Rouge, LA 70896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,738.00** |
|---|---|---|---|

**The Marketplace**
**PO Box 8000**
**Dept 990**
**Buffalo, NY 14267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **Back Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,300.00** |
|---|---|---|---|

**TK Harris**
**3930 Fulton Drive NW**
**Canton, OH 44718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-21-10445-CLB,   Doc 1,   Filed 04/28/21,   Entered 04/28/21 20:43:44,
Description: Main Document , Page 22 of 48

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**US SBA**
**SBA Disaster Loan Service Ctr**
**2 North 20th Street**
**Suite 320**
**Birmingham, AL 35203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __July 9, 2020__

Basis for the claim:  __EIDL Loan__

Last 4 digits of account number  __8006__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,562.00 |
|---|---|---|---|

**Wedding In New York**
**1066 Gravel Road**
**Suite 100**
**Webster, NY 14580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019-2020__

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,620.00 |
|---|---|---|---|

**Wilmorite**
**Eastview Mall LLC**
**1265 Scottsville Road**
**Rochester, NY 14624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  __Eastview Mall__
__Month to Month - Unpaid Rent__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Wolf Radio, Inc**
**401 W. Kirkpatrick Street**
**Syracuse, NY 13204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2018__

Basis for the claim:  __Advertising__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Christopher Castro, Esq.** **17 State Street** **Suite 4000** **New York, NY 10004** | Line  __3.21__ ☐ Not listed. Explain ____ | _ |
| 4.2 | **Getman & Biryla, LLP** **800 Rand Building** **14 Lafayette Square** **Buffalo, NY 14203-1995** | Line  __3.7__ ☐ Not listed. Explain ____ | _ |
| 4.3 | **South Hills Village Assoc, LP** **9162 Paysphere Circle** **Chicago, IL 60674** | Line  __3.39__ ☐ Not listed. Explain ____ | _ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|

Debtor     **Tuxedo Junction, Inc.**                              Case number (if known) _____
           Name

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 56,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,897,298.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,953,298.00 |

Case 1-21-10445-CLB,     Doc 1,    Filed 04/28/21,    Entered 04/28/21 20:43:44,
Description: Main Document  , Page 24 of 48

Debtor name    **Tuxedo Junction, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Millcreek Mall - Erie, PA** **$1,605 a month** **Arrears $27,147** | |
| State the term remaining   **30 Months** | **Cafaro** **5577 Youngstown-Warren Road** **Niles, OH 44446** |
| List the contract number of any government contract  _____ | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **$3,400 a month** **the Mall at Robinson** **Robinson Township, PA** | |
| State the term remaining   **8 Months** | **CBRE (QIC)** **950 Main Street** **Suite 200** **Cleveland, OH 44113** |
| List the contract number of any government contract  _____ | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Copy Machine Lease** **$218.00 Month** | |
| State the term remaining   **10 Months** | **De Lage Landen Financial Services, Inc** **Lease Processing Center** **1111 Old Eagle School Road** **Wayne, PA 19087** |
| List the contract number of any government contract  _____ | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **$128,104 in arrears** | |
| State the term remaining   **Month to Month** | **Jemel Properties** **Zamia Services, Inc.** **500 Galleria Drive** **#287** **Johnstown, PA 15904** |
| List the contract number of any government contract  _____ | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **$1,000 a month** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Joseph/Russel Petruzzi** |
| | | | **Capital Cleaners** |
| | List the contract number of any government contract | | **1227 Main Street** |
| | | | **Niagara Falls, NY 14301** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Desitiny USA Mall - Syracuse NY** | |
|---|---|---|---|
| | | **$2,000 Month** | |
| | State the term remaining | **6 Months** | **Pyramid Managment** |
| | List the contract number of any government contract | | **9090 Destiny USA Drive** |
| | | | **Syracuse, NY 13204** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **$2,000 a month** | |
|---|---|---|---|
| | | **Abbotts Bridal, Canton, OH** | |
| | State the term remaining | **Month to Month** | **Randy McNurlin** |
| | List the contract number of any government contract | | **6930 Victoria Ct. NW** |
| | | | **Canton, OH 44718** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **South Hills Village - Upper St. Clair, PA** | |
|---|---|---|---|
| | | **$4,000 a month** | |
| | | **Arrears - $16,000** | |
| | State the term remaining | **8 Months** | **Simon Properties** |
| | List the contract number of any government contract | | **225 West Washington Street** |
| | | | **Indianapolis, IN 46204** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **$2,800 a month** | |
|---|---|---|---|
| | | **Great Northern Mall - North Olmstead, OH** | |
| | State the term remaining | **5 Months** | **Starwood Retail Partners** |
| | | | **1 E. Wacker Drive** |
| | List the contract number of any government contract | | **#3600** |
| | | | **Chicago, IL 60601** |

Case 1-21-10445-CLB,    Doc 1,    Filed 04/28/21,    Entered 04/28/21 20:43:44,
Description: Main Document  , Page 26 of 48

Debtor name **Tuxedo Junction, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Joseph Terranova** | **158 Londonberry Lane Getzville, NY 14068 Guarantor** | **OnDeck** | ☐ D _____<br>☑ E/F __3.31__<br>☐ G _____ |
| 2.2 **Joseph Terranova** | **158 Londonberry Lane Getzville, NY 14068 Guarantor** | **Knight Capital Funding III, LLC** | ☐ D _____<br>☑ E/F __3.24__<br>☐ G _____ |
| 2.3 **Joseph Terranova** | **158 Londonberry Lane Getzville, NY 14068** | **Green Capital Funding, LLC** | ☐ D _____<br>☑ E/F __3.21__<br>☐ G _____ |
| 2.4 **Joseph Terranova** | **158 Londonberry Lane Getzville, NY 14068** | **Everest Business Funding** | ☐ D _____<br>☑ E/F __3.16__<br>☐ G _____ |
| 2.5 **Joseph Terranova** | **158 Londonberry Lane Getzville, NY 14068** | **SRS Capital Funds, Inc.** | ☐ D _____<br>☑ E/F __3.40__<br>☐ G _____ |

| Debtor | **Tuxedo Junction, Inc.** | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Joseph Terranova** | **158 Londonberry Lane Getzville, NY 14068** | **D. Terranova/J. Krueger** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | **Joseph Terranova** | **158 Londonberry Lane Getzville, NY 14068** | **American Express** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |
| 2.8 | **Joseph Terranova** | **158 Londonberry Lane Getzville, NY 14068** | **First Bankcard** | ☐ D _____ <br> ■ E/F __3.20__ <br> ☐ G _____ |
| 2.9 | **Randy Krueger** | **1923 West River Park Grand Island, NY 14072 Guarantor** | **OnDeck** | ☐ D _____ <br> ■ E/F __3.31__ <br> ☐ G _____ |
| 2.10 | **Randy Krueger** | **1923 West River Park Grand Island, NY 14072 Guarantor** | **Knight Capital Funding III, LLC** | ☐ D _____ <br> ■ E/F __3.24__ <br> ☐ G _____ |
| 2.11 | **Randy Krueger** | **1923 West River Park Grand Island, NY 14072** | **Green Capital Funding, LLC** | ☐ D _____ <br> ■ E/F __3.21__ <br> ☐ G _____ |
| 2.12 | **Randy Krueger** | **1923 West River Park Grand Island, NY 14072** | **Everest Business Funding** | ☐ D _____ <br> ■ E/F __3.16__ <br> ☐ G _____ |
| 2.13 | **Randy Krueger** | **1923 West River Park Grand Island, NY 14072** | **SRS Capital Funds, Inc.** | ☐ D _____ <br> ■ E/F __3.40__ <br> ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **Randy Krueger** | 1923 West River Park<br>Grand Island, NY 14072 | **D. Terranova/J. Krueger** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 **Randy Krueger** | 1923 West River Park<br>Grand Island, NY 14072 | **First Bankcard** | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |

Debtor name  **Tuxedo Junction, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$400,000.00** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$1,307,520.00** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | **$4,558,000.00** |

2.  **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer _Check all that apply_ |
|---|---|---|---|
| 3.1. **Estate Tux, Inc. dba Sarno & Son 401South Washington Avenue Scranton, PA 18505** | **Weekly payments based on rental of tuxedo** | $56,658.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other  **Sarno & Son owns all tuxedo's and rental.  Debtor pays a percentage for each rental** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List all payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Arthur R. Johnson Co., Inc. v Tuxedo Junction 804586/2020** | **Collections** | **NYS Supreme Court, Erie County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Greece Ridge , LLC v Tuxedo Junction, Inc** | **Petition to Recover Possession of Real Property** | **Greece Town Court, Monroe County, NYS** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Green Capital Funding, LLC v Tuxedo Junction**<br>**810554/2020** | **Collections** | **NYS Supreme Court, Erie County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Colligan Law, LLP**<br>**12 Fountain Plaza**<br>**Suite 600**<br>**Buffalo, NY 14202** | | **April 27, 2021** | **$20,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **80 Curtwright Drive Ste 1 Buffalo, NY 14221** | **1/1/2017 - 7/31/20** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

  ☐ No Go to Part 10.
  ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Tuxedo Jucntion Profit Sharing & 401(k) Plan** | EIN: _____ |

  Has the plan been terminated?
  ■ No

☐ Yes

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Chiampou Travis Besaw & Kersherner, LLP**<br>**45 Bryant Woods North**<br>**Buffalo, NY 14228** | **1/1/1980-12/31/2019** |
| 26a.2. **Southtowns Tax Service**<br>**3368 Nash Road**<br>**Hamburg, NY 14075** | **1/1/2020 -Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Southtowns Tax Service**<br>**3368 Nash Road**<br>**Hamburg, NY 14075** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Randy Krueger | 1923 West River Park Grand Island, NY 14072 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Joseph Terranova | 158 Londonberry Lane Getzville, NY 14068 | vice President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Charles Chiampou | 45 Bryant Woods North Buffalo, NY 14228 | Secretary/Treasurer | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |
| **TJ Holdings, Inc.** | EIN:    **20-5638773** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Tuxedo Junction Profit Sharing and 401(k) Plan** | EIN: |

**Part 14:**    Signature and Declaration

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 28, 2021__

| __/s/ Randy Krueger__ | __Randy Krueger__ |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    __President__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

# United States Bankruptcy Court
## Western District of New York

In re    **Tuxedo Junction, Inc.**          Case No.

                                     Debtor(s)          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

| | |
|---|---|
| For legal services, I have agreed to accept | $ |
| Prior to the filing of this statement I have received | $ |
| Balance Due | $ |

☒   **RETAINER**

| | |
|---|---|
| For legal services, I have agreed to accept and received a retainer of | $    **20,000.00** |
| The undersigned shall bill against the retainer at an hourly rate of | $    **340.00** |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

     ☒ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e. [Other provisions as needed]
         **Prepare motions including but not limited to attorney retention and representation, accountant retention and representation, adequate protection, cash collateral and cash maintenance, et al for a proposed reorganization.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   **Tuxedo Junction, Inc.**                                Case No. _____

                               Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April 28, 2021** | **/s/ FREDERICK J. GAWRONSKI** |
| *Date* | **FREDERICK J. GAWRONSKI 2767549** |
| | *Signature of Attorney* |
| | **COLLIGAN LAW, LLP** |
| | **12 FOUNTAIN PLAZA** |
| | **SUITE 600** |
| | **BUFFALO, NY 14202-3613** |
| | **716-885-1150  Fax: 716-885-4662** |
| | **fgawronski@colliganlaw.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Western District of New York

In re __Tuxedo Junction, Inc.__ _____  Case No. _____

Debtor(s)  Chapter  __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **TJ Holdings, Inc.**<br>**1725 Military Road**<br>**Niagara Falls, NY 14304** | **Common** | **100** | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __April 28, 2021__ _____  Signature __/s/ Randy Krueger__ _____

__Randy Krueger__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of New York

In re    **Tuxedo Junction, Inc.**                          Case No. _____

                               Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 28, 2021** _____         **/s/ Randy Krueger** _____

                                           **Randy Krueger/President**
                                           Signer/Title

4545 Transit LLC
4545 Transit Road
Buffalo, NY 14221


AAA-ABC Fire Extinguishers
36 Kelly Avenue
Endicott, NY 13760


ABC Fire Extinguishers, Inc.
4641 Peoples Road
Pittsburgh, PA 15237


Advance Packaging, Inc
1365 38th Street
Brooklyn, NY 11218-3750


American Express
PO Box 1270
Newark, NJ 07101-1270


Amherst Portfolio Equities, LLC
15th Floor
55th Avenue
New York, NY 10003


Arthur R. Johnson Co., Inc.
P.O. Box 320205
33 34th Street
Brooklyn, NY 11232


ASCAP
21678 Network Place
Chicago, IL 60673-1216


Buffalo Convention Center
1 Convention Center Plaza
Buffalo, NY 14202


Cafaro
5577 Youngstown-Warren Road
Niles, OH 44446

CBRE (QIC)
950 Main Street
Suite 200
Cleveland, OH 44113


Charles Chiampou
45 Bryant Woods North
Buffalo, NY 14228


Chiampou Travis Besaw & Kershner, LLP
45 North Bryant Woods North
Buffalo, NY 14228


Christopher Castro, Esq.
17 State Street
Suite 4000
New York, NY 10004


D. Terranova/J. Krueger
158 Londonberry Lane
Getzville, NY 14068


De Lage Landen Financial Services, Inc
Lease Processing Center
1111 Old Eagle School Road
Wayne, PA 19087


Entercom Buffalo
500 Corporate PKWY
Suite 200
Buffalo, NY 14226


Este Tux, Inc. dba Sarno & Son
401 South Washington Avenue
Scranton, PA 18505


Everest Business Funding
5 West 37th Street
Suite 1100
New York, NY 10018


Exarca, LLC
51 Cragwood Road
Suite 204
South Plainfield, NJ 07080

Fabian Couture GRP, Inc.
205 Chubb Avenue
Bldg C
Lyndhurst, NJ 07071


First Bankcard
c/o First Bank of Omaha
PO Box 2340
Omaha, NE 68103


Getman & Biryla, LLP
800 Rand Building
14 Lafayette Square
Buffalo, NY 14203-1995


Green Capital Funding, LLC
116 Nassau Street
Suite 804
New York, NY 10038


Jemel Properties
Zamia Services, Inc.
500 Galleria Drive
#287
Johnstown, PA 15904


Joesph Terranova
158 Londonberry Lane
Getzville, NY 14068


Joseph/Russel Petruzzi
Capital Cleaners
1227 Main Street
Niagara Falls, NY 14301


Knight Capital Funding III, LLC
9 E. Loockerman Street
Ste 202-543
Dover, DE 19901


Lindrew Properties, LLC
120 Earhart Drive
Buffalo, NY 14221

McKinley Mall, LLC
Woodmont Company
3701 McKinley Parkway
Buffalo, NY 14219


MFN Equities, LLC
c/o Joseph P. Gorgoni, Esq
440 East Washington Street
Syracuse, NY 13202


Nicholas Picholas
394 Roosevalet Avenue
Niagara Falls, NY 14305


Nicrissa Properties
20120 Route 19
Suite 2019
Cranberry Twp, PA 16066


NYS Dept of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


Oakdale Mall II, LLC
PO Box 645737
Cincinnati, OH 45264-5737


OnDeck
1400 Broadway
24th Floor
New York, NY 10018


Pyramid Managment
The Clinton Exhange
4 Clinton Square
Syracuse, NY 13202-1078


Pyramid Managment
9090 Destiny USA Drive
Syracuse, NY 13204


Pyramid Walden Company, LP
PO Box 8000
Dept. # 496
Buffalo, NY 14267

Quadant Leasing
478 Wheelers Farms Rd
Milford, CT 06461


Randy Krueger
1923 West River Park
Grand Island, NY 14072


Randy McNurlin
6930 Victoria Ct. NW
Canton, OH 44718


Renoir Fashion, Inc.
537 S. Coralridge Pl
La Puente, CA 91746


Robinson Mall Assoc,LLC
PO Box 72053
Cleveland, OH 44192-0053


Sangertown Square, LLC
PO Box 8000
Dept. No. 332
Buffalo, NY 14267


Simon Properties
225 West Washington Street
Indianapolis, IN 46204


South Hills Village Assoc, LP
9162 Paysphere Circle
Chicago, IL 60674


SRS Capital Funds, Inc.
70 Sunrise Highway
Suite 500
Valley Stream, NY 11581


Starwood Retail Partners
1 E. Wacker Drive
#3600
Chicago, IL 60601

The Lamar Companies
PO Box 96030
Baton Rouge, LA 70896


The Marketplace
PO Box 8000
Dept 990
Buffalo, NY 14267


TK Harris
3930 Fulton Drive NW
Canton, OH 44718


US SBA
SBA Disaster Loan Service Ctr
2 North 20th Street
Suite 320
Birmingham, AL 35203


Wedding In New York
1066 Gravel Road
Suite 100
Webster, NY 14580


Wilmorite
Eastview Mall LLC
1265 Scottsville Road
Rochester, NY 14624


Wolf Radio, Inc
401 W. Kirkpatrick Street
Syracuse, NY 13204

# United States Bankruptcy Court
## Western District of New York

In re  **Tuxedo Junction, Inc.**

_____

Debtor(s)

Case No. _____

Chapter  **11**  _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Tuxedo Junction, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**TJ Holdings, Inc.**
**1725 Military Road**
**Niagara Falls, NY 14304**

☐ None [*Check if applicable*]

April 28, 2021
_____
Date

/s/ FREDERICK J. GAWRONSKI
_____
**FREDERICK J. GAWRONSKI 2767549**
Signature of Attorney or Litigant
Counsel for  **Tuxedo Junction, Inc.**
**COLLIGAN LAW, LLP**
**12 FOUNTAIN PLAZA**
**SUITE 600**
**BUFFALO, NY 14202-3613**
**716-885-1150 Fax:716-885-4662**
**fgawronski@colliganlaw.com**