UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:                                              Chapter 11
                                                    Case No. 21-10445

    Tuxedo Junction, Inc.

                  Debtor.                    Hon. Carl L. Bucki

**CLASS [    ] BALLOT FOR ACCEPTING OR REJECTING
PLAN OF REORGANIZATION PROPOSED
BY TUXEDO JUNCTION, INC.**

The Debtor, Tuxedo Junction, Inc., has filed a Plan of Reorganization dated July 27, 2021 (the "Plan"). If you do not have a Disclosure Statement, you may obtain one from Colligan Law, LLP, (Frederick J. Gawronski, Esq.), 12 Fountain Plaza, Suite 600, Buffalo, New York 14202.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim/equity interest has been placed in Class [    ] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If you ballot is not received by the Colligan Law, LLP, Frederick J. Gawronski, Esq., 12 fountain Plaza, Suite 600, Buffalo, New York 14202, on or before _____, 2021, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF THE PLAN**

    The undersigned, holder of a Class _____ claim against the Debtor in the amount _____

_____ Dollars ($_____).

**CHECK ONE BOX ONLY**

    []   Accepts

    []   Rejects

Dated:

Print or Type Name: _____

Signature: _____ Title (if Corporation or partnership)

**Address:** _____

_____

_____

_____

Return this ballot to:

Colligan Law, LLP
Frederick Gawronski, Esq.
12 Fountain Plaza, Ste 600
Buffalo, New York 14202

PLEASE NOTE: A creditor that signs this Ballot, but fails to mark "Accepts" or "Rejects", shall be deemed to have accepted all of the plans.